# Claims Proposed Distribution
## Case: 09-15844 LOFTON, TONYA L

| Case Balance: | $2,203.37 | Total Proposed Payment: | $2,203.37 | Remaining Balance: | $0.00 |

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
|  | BULAN, CHIARI, HORWITZ & ILECKI, LLP | Admin Ch. 7 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2,203.37 |
|  | <3110-00 Attorney for Trustee Fees (Trustee Firm)> | | | | | | | |
|  | Claim Memo: PER HPB: NO ATTORNEY FEES DUE ON THIS FILE ONLY TRUSTEE COMMISSIONS | | | | | | | |
|  | HAROLD P. BULAN | Admin Ch. 7 | 550.84 | 550.84 | 0.00 | 550.84 | 550.84 | 1,652.53 |
|  | <2100-00 Trustee Compensation> | | | | | | | |
| SUBTOTAL FOR ADMIN CH. 7 | | | 550.84 | 550.84 | 0.00 | 550.84 | 550.84 | |
| 1 | AMERICAN INFOSOURCE LP | Unsecured | 929.93 | 929.93 | 0.00 | 929.93 | 29.92 | 1,622.61 |
| 2 | AMERICAN INFOSOURCE LP | Unsecured | 772.26 | 772.26 | 0.00 | 772.26 | 24.85 | 1,597.76 |
| 3 | AMERICAN INFOSOURCE LP | Unsecured | 194.24 | 194.24 | 0.00 | 194.24 | 6.25 | 1,591.51 |
| 4 | CHASE BANK USA, N.A. | Unsecured | 8,065.30 | 8,065.30 | 0.00 | 8,065.30 | 259.48 | 1,332.03 |
| 5 | CHASE BANK USA, N.A. | Unsecured | 8,725.65 | 8,725.65 | 0.00 | 8,725.65 | 280.73 | 1,051.30 |
| 6 | CHASE BANK USA, N.A. | Unsecured | 2,474.97 | 2,474.97 | 0.00 | 2,474.97 | 79.63 | 971.67 |
| 7 | FIRST NATIONAL CREDIT CARD CENTER | Unsecured | 11,779.37 | 11,779.37 | 0.00 | 11,779.37 | 378.97 | 592.70 |
| 8 | RBS Citizens | Unsecured | 7,027.92 | 7,027.92 | 0.00 | 7,027.92 | 226.11 | 366.59 |
| 9 | CHASE BANK USA, N.A. | Unsecured | 2,132.08 | 2,132.08 | 0.00 | 2,132.08 | 68.59 | 298.00 |
| 10 | RESURGENT CAPITAL SERVICES | Unsecured | 5,511.75 | 5,511.75 | 0.00 | 5,511.75 | 177.33 | 120.67 |
| 11 | RECOVERY MANAGEMENT SYSTEMS CORP. | Unsecured | 3,662.58 | 3,662.58 | 0.00 | 3,662.58 | 117.84 | 2.83 |
| 12 | RECOVERY MANAGEMENT SYSTEMS CORP. | Unsecured | 87.88 | 87.88 | 0.00 | 87.88 | 2.83 | 0.00 |
| SUBTOTAL FOR UNSECURED | | | 51,363.93 | 51,363.93 | 0.00 | 51,363.93 | 1,652.53 | |
| Total for Case 09-15844 : | | | $51,914.77 | $51,914.77 | $0.00 | $51,914.77 | $2,203.37 | |

## CASE SUMMARY

| | Amount Filed | Amount Allowed | Paid to Date | Proposed Payment | % paid |
|---|---|---|---|---|---|
| Total Administrative Claims : | $550.84 | $550.84 | $0.00 | $550.84 | 100.000000% |
| Total Unsecured Claims : | $51,363.93 | $51,363.93 | $0.00 | $1,652.53 | 3.217297% |




Case 1-09-15844-MJK    Doc 27    Filed 09/08/10    Entered 09/08/10 11:52:34    Desc Main
Document    Page 1 of 1